ATTILIO PIERINI, etc., Respondent, v. PHILIP SINGER & BRO., INC., Appellant.— Motion for stay granted, and stay continued on terms contained in the order granting temporary stay, appeal to be perfected and brought on for argument on Friday, March 14, 1924, at ten o'clock A. M. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY M. LEDWITH, Respondent, v. THE BOARD OF TRUSTEES OF BELLEVUE AND ALLIED HOSPITALS, etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied, on the ground that leave is unnecessary. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

DAVID ALLAN REVERAND, an Infant, etc., Respondent, v. SELIG MILKOWITZ, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable defendant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

IDA ROSENBERG, Respondent, v. UNITED TEXTILE PRINT WORKS, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

THERESA WINIFRED SABIN, as Administratrix, etc., Respondent, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION, Appellant.— Motion for stay denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

DIEDRICH SCHEFFER, Respondent, v. JOHN H. PLATE, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

JOSEPH SZECKUS, Respondent, v. OVERSEAS SHIPPING COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay granted, and stay continued for thirty days to enable defendant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

PATRICK WARD, Respondent, v. TURNER & BLANCHARD, INC., Appellant.— Motions for reargument or for resettlement of order denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

ARTHUR L. WASHBURNE and Another, Copartners, etc., Respondents, v. PROPERTY OWNERS CO-OPERATIVE ASSOCIATION OF MIDDLESEX COUNTY, INC., Appellant.— Motion to dismiss appeal denied on condition that within five days appellant pay ten dollars costs of the motion, perfect the appeal for the April term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

JOSEPH HILEK, Respondent, v. LINDLEY M. GARRISON, as Receiver of NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

LILLIAN HILEK, Respondent, v. LINDLEY M. GARRISON, as Receiver of NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.